# In the United States Court of Federal Claims

No. 17-1191 L
Filed: August 24, 2020

**BRYANT BANES, ET AL.**

v.

**UNITED STATES**

**JUDGMENT**

Pursuant to the court's Opinion and Order, filed on August 21, 2020, granting-in-part and denying-in-part, Timothy Stahl's motion for voluntary dismissal,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that Timothy Stahl's claim is dismissed, with prejudice.

                                                Lisa L. Reyes
                                                Clerk of Court

                              By:   s/ Debra L. Samler

                                                Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.